UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE LUIS GONZALEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEOVASC INC., FRED COLEN, and CHRISTOPHER CLARK,<br><br>　　　　　　　　　Defendants. | Case No. 7:20-cv-09313-PMH<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF PRATAP GOLLA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL |
| DANIEL SIPLE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NEOVASC INC., FRED COLEN, and CHRISTOPHER CLARK,<br><br>　　　　　　　　　Defendants. | Case No. 1:20-cv-09948-PMH |

I, Jeremy A. Lieberman, hereby declare as follows:

1.I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Pratap Golla ("Golla"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Golla's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz and Holzer & Holzer LLC ("Holzer") as Co-Lead Counsel for the Class.

2.Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting Golla's financial interest in the Related Actions; |
| Exhibit B: | Press release published over *Business Wire*, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Golla; |
| Exhibit D: | Declaration executed by Golla; and |
| Exhibit E: | Firm resume of Pomerantz. |
| Exhibit F: | Firm resume of Holzer |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 5, 2021, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman