UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE NEOVASC INC. SECURITIES
LITIGATION

**ORDER**

THIS DOCUMENT RELATES TO: ALL ACTIONS

20-CV-09313 (PMH)

-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared in courtroom 520 at 3:30 p.m. today. Oral argument was had on the record.

For the reasons indicated on the record and law cited therein, the motion to dismiss filed by Defendants Neovasc, Inc., Fred Colen, Christopher Clark, Bill Little, and Shmuel Banai pursuant to Rules 9(b), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 52) is GRANTED. The Consolidated Amended Complaint is dismissed with prejudice without leave to amend. See transcript.

The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 52), close this case, and to close the member case, *Siple v. Neovasc, Inc., et al.*, 20-CV-09948 (PMH).

SO ORDERED:

Dated: White Plains, New York
       February 1, 2022

_____
Philip M. Halpern
United States District Judge