UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE NEOVASC INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO: ALL ACTIONS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022

20 CIVIL 9313 (PMH)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2022, the motion to dismiss filed by Defendants Neovasc, Inc., Fred Colen, Christopher Clark, Bill Little, and Shmuel Banai pursuant to Rules 9(b), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 52) is GRANTED. The Consolidated Amended Complaint is dismissed with prejudice without leave to amend; accordingly, case number 20cv9313 and the member case 20cv9948 are closed.

**Dated:** New York, New York
February 2, 2022

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk