UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NEOVASC INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 7:20-cv-09313-PMH |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Lead Plaintiff Pratap Golla ("Lead Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Order (ECF No. 62) entered in this Action on February 1, 2022, and Judgment (ECF No. 63) entered in this Action on February 2, 2022, granting Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint (ECF No. 52).

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Omar Jafri*

Joshua B. Silverman
Omar Jafri
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
         ojafri@pomlaw.com

1

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
211 Perimeter Center Parkway,
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com
          mdees@holzerlaw.com

*Co-Lead Counsel for Lead Plaintiff and the Proposed Class*

**Glancy Prongay & Murray LLP**
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

*Additional Counsel for Lead Plaintiff and the Class*